

# Fourth Court of Appeals
## San Antonio, Texas

October 8, 2014

No. 04-14-00343-CV

**EXLP LEASING LLC** and EES Leasing  LLC,
Appellants

v.

**WEBB COUNTY APPRAISAL DISTRICT** and United Independent School District,
Appellees

From the 406th Judicial District Court, Webb County, Texas
Trial Court No. 2013-CV-8000073-D4
Honorable Oscar J Hale, Jr., Judge Presiding

## O R D E R

Appellee United Independent School District has filed a motion for a fifteen-day extension of time to file its brief. The brief was originally due September 10, 2014, and the court previously granted an extension of time until October 10 to file the brief.

We **grant** the motion and **order** the brief due **October 27, 2014**. Appellee is advised that no further extensions of time will be granted absent a motion that (1) demonstrates extraordinary circumstances justifying further delay, (2) advises the court of the efforts counsel has expended in preparing the brief, and (3) provides the court reasonable assurance that the brief will be completed and filed by the requested extended deadline.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 8th day of October, 2014.

_____
Keith E. Hottle
Clerk of Court